**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,                                   Case No: 26-cr-20077-HLT
                                                            AUSA:  Michelle McFarlane
                          Plaintiff,                        Defendant: Laquisha Ross
v.

BISAAM GHAFOOR,
                Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | July 6, 2026 |
|---|---|---|---|
| DEPUTY CLERK: | Audra Harper | TAPE/REPORTER: | FTR Network @ 2:10 pm |
| INTERPRETER: | | PROBATION: | |

## PROCEEDINGS

☐ Initial Appearance          ☐ Initial Revocation Hearing      ☐ Bond Hearing
☐ Detention Hearing           ☐ Initial Rule 5(c)(3)            ☐ Bond Revocation Hearing
☒ **Arraignment – 3 minutes**  ☐ Preliminary Hearing            ☐ Status Conference
☐ Discovery Conference        ☐ Pretrial Conference             ☐ In-Court Hearing

☐ Defendant sworn        ☐ Examined re: financial status        ☐ Counsel appointed

☐ Waived Reading       ☒ **Read to Defendant:**   ☒ **Indictment**    ☐ Information    ☐ Complaint
☒ **Number of Counts:  1**    ☐ Guilty         ☒ **Not Guilty**        ☐ Indictment Unsealed

☐ Bond Revoked  ☐ Continued on present conditions ☐ Release Order executed ☒ **Previously Remanded to Custody (DE 11)**


☒ **Case Management Order will be issued by Magistrate Judge Mitchell**

☒ **Status Conference: August 18, 2026 at 9:00 AM before Judge Teeter in Courtroom 427.**


OTHER:  Defendant appears in person, in custody, and with counsel. The court arraigns the defendant on the indictment. The defendant remains in custody (DE 11). A status conference is set for 8/18/26 at 9am before Judge Teeter.